**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

GEORGE KNIGHTON,

Petitioner,

-v- 9:23-CV-1012 (DNH/ML)

JULIE WOLCOTT,

Respondent.

---

**APPEARANCES:** **OF COUNSEL:**

GEORGE KNIGHTON
Petitioner, Pro Se
17-B-2713
Attica Correctional Facility
Box 149
Attica, NY 14011

HON. LETITIA JAMES
New York State Attorney General
28 Liberty Street, 14th Floor
New York, NY 10005

MICHELLE MAEROV, ESQ.
Assistant Attorney General

**Hon. David N. Hurd, U.S. District Judge:**

**ORDER ON REPORT & RECOMMENDATION**

On July 10, 2023, *pro se* petitioner George Knighton ("petitioner") filed this petition in the U.S. District Court for the Western District of New York seeking a writ of habeas corpus under 28 U.S.C. § 2254 challenging his criminal conviction in Onondaga County. Dkt. No. 1. Petitioner paid the filing fee. Thereafter, because petitioner was incarcerated in a DOCCS facility in this judicial district, the petition was *sua sponte* transferred to the U.S. District Court for the Northern District of New York, Dkt. No. 4. The petition has since been fully briefed, Dkt. No. 8, 21, 24.

On August 20, 2026, U.S. Magistrate Judge Miroslav Lovric advised by Report & Recommendation ("R&R") that the petition be denied and dismissed. Dkt. No. 28. Neither party has lodged objections, and the time period in which to do so has expired. *See id.* Upon review for clear error, the R&R is accepted and will be adopted. Fed. R. Civ. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 28) is ACCEPTED;

2. The petition (Dkt. No. 1) is DENIED and DISMISSED; and

3. No Certificate of Appealability shall be issued.

The Clerk of the Court is directed to terminate the pending motions, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: September 10, 2026
Utica, New York.

David N. Hurd
U.S. District Judge